

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 14, 2008

By Hand

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

Honorable Denise L. Cote
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

    Re:  Yajaira Hernandez o/b/o R.L. v. Astrue
         08 Civ. 00101 (DLC)

Dear Judge Cote:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. This Office has not yet received the administrative record in this case. Therefore, with the consent of plaintiff pro se, I respectfully request a sixty-day extension of time from March 17, 2008, until May 16, 2008, to respond to the complaint.

    This is defendant's first request for an extension of time.

    Thank you for your consideration of this request.

                          Respectfully,

                          MICHAEL J. GARCIA
                          United States Attorney

*Granted -*
*/s/ Denise Cote*
*March 17, 2008*

            By:  /s/ Leslie A. Ramirez-Fisher
                 LESLIE A. RAMIREZ-FISHER
                 Assistant U.S. Attorney
                 Telephone: (212) 637-0378
                 Fax:  (212) 637-2750

cc: Yajaira Hernandez o/b/o R.L.