



MAY 15 2008

CHAMBERS OF
DENISE COTE

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

May 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

By Hand

Honorable Denise L. Cote
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

     Re:   Yajaira Hernandez o/b/o R.L. v. Astrue
          08 Civ. 00101 (DLC)

Dear Judge Cote:

     This Office represents the Commissioner of Social
Security, defendant in the above-referenced action.  During my
preparation of defendant's answer, I encountered several issues
that require that I seek additional information from the Agency.
Because the information that the Agency will provide will likely
affect defendant's response to the complaint, I will be unable to
file the answer by tomorrow, May 16, 2008.  Therefore, with the
consent of plaintiff pro se, I respectfully request a thirty-day
extension of time from May 16, 2008, until June 16, 2008 (June
15, 2008 falls on a Sunday), to respond to the complaint.

     This is defendant's second request for an extension of
time, as the answer was originally due on March 17, 2008.

     Thank you for your consideration of this request.

               Respectfully,

               MICHAEL J. GARCIA
               United States Attorney

       By:     *[signature]*
               LESLIE A. RAMIREZ-FISHER
               Assistant U.S. Attorney
               Telephone:  (212) 637-0378
               Fax:  (212) 637-2750

cc: Yajaira Hernandez o/b/o R.L.

               *Granted, nunc pro tunc.*

               *Denise Cote*
               *June 2, 2008*

Copies sent to:

Yajaira Hernandez
2253 Third Avenue, Apt. 3004
New York, NY 10035

Leslie A. Ramirez-Fisher
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007