```
                                           ┌─────────────────────────────┐
                                           │ USDC SDNY                   │
                                           │ DOCUMENT                    │
                                           │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT               │ DOC #: _____    │
SOUTHERN DISTRICT OF NEW YORK              │ DATE FILED:  6/17/08        │
----------------------------------------X  └─────────────────────────────┘
                                        :
YAJAIRA HERNANDEZ o/b/o R.L.,           :
                     Plaintiff,         :
                                        :      08 Civ. 101  (DLC)
           -v-                          :
                                        :         ORDER
MICHAEL J. ASTRUE, COMMISSIONER OF      :
SOCIAL SECURITY,                        :
                     Defendant.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Plaintiff has brought this action pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), seeking review of a denial of disability benefits.  The Government filed an answer on June 16, 2008.

If the plaintiff or the Government wishes to make a motion, it must be filed no later than Friday, July 18, 2008.

The opposition to any motion shall be filed within thirty days of service of the motion.  Any reply is to be filed fourteen days thereafter.

Any motion or opposition to any motion must be accompanied by a supporting memorandum of law that makes specific citation to the parts of the record on which the party relies.

Should the Government make a motion, plaintiff is advised that a failure to respond to the Government's motion can result in the entry of judgment against the plaintiff.

Plaintiffs appearing pro se should direct any questions to the Pro Se Office at 500 Pearl Street, Room 230. (Telephone (212) 805-0175).

SO ORDERED:

Dated:    New York, New York
          June 17, 2008

_____
DENISE COTE
United States District Judge

Copies sent to:

Yajaira Hernandez
2253 Third Avenue, Apt. 3004
New York, NY 10035

Leslie A. Ramirez-Fisher
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007