USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

July 18, 2008

RECEIVED
JUL 21 2008
CHAMBERS OF
DENISE COTE

By Hand

Honorable Denise L. Cote
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

    Re:  <u>Yajaira Hernandez o/b/o R.L. v. Astrue</u>
         08 Civ. 00101 (DLC)

Dear Judge Cote:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. The parties have agreed to a voluntary remand of this matter. However, plaintiff has not yet returned the signed stipulation to this Office. Therefore, with consent of plaintiff, I respectfully request an extension of two weeks from today, to submit the signed stipulation of remand.

    This is defendant's first request for an extension on the briefing schedule. Two prior extensions were granted to defendant on the answer, which was filed on June 16, 2008.

    Thank you for your consideration of this request.

         Respectfully,

         MICHAEL J. GARCIA
         United States Attorney

    By: *[signature]*
         LESLIE A. RAMIREZ-FISHER
         Assistant U.S. Attorney
         Telephone: (212) 637-0378
         Fax: (212) 637-2750

cc: Christopher Bowes, Esq.

*Granted, submission due August 1.*

*[signature] Denise Cote*
*July 21, 2008*