ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
YAJAIRA HERNANDEZ o/b/o         :
RUBEN LAGUNA,                   :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :   STIPULATION AND ORDER
MICAHEL J. ASTRUE,              :   08 Civ. 0101 (DLC)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

            IT IS HEREBY STIPULATED AND AGREED, by and between

the attorney for the defendant and the plaintiff pro se, that this

action be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. *and close the case.* The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       July 22, 2008

_____
CHRISTOPHER BOWES, ESQ.
Attorney for Plaintiff

Center for Disability Advocacy
   Rights ("CeDAR"), Inc.
100 Lafayette Street, 3rd Floor
New York, New York, 10013

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
July 23, 2008